**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 23-1081**

───────────

In re:  JONI RAMO ANTONELLI; JONATHAN DAVID CROSS,

        Petitioners.

───────────

On Petition for Writ of Mandamus.  (1:22-mc-00022-MR-WCM)

───────────

Submitted:  February 21, 2023           Decided:  February 24, 2023

───────────

Before NIEMEYER and DIAZ, Circuit Judges, and MOTZ, Senior Circuit Judge.

───────────

Petition denied by unpublished per curiam opinion.

───────────

Joni Ramo Antonelli, Jonathan David Cross, Petitioners Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joni Ramo Antonelli and Jonathan David Cross petition for a writ of mandamus seeking an order directing the district court to rescind the judgment dismissing their miscellaneous court filling and grant relief.  We conclude that Antonelli and Cross are not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances.  *Cheney v. U.S. Dist. Ct.*, 542 U.S. 367, 380 (2004); *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018).  Further, mandamus relief is available only when the petitioner has a clear right to the relief sought.  *Murphy-Brown*, 907 F.3d at 795.  Mandamus may not be used as a substitute for appeal.  *In re Lockheed Martin Corp.*, 503 F.3d 351, 353 (4th Cir. 2007).

The relief sought by Antonelli and Cross is not available by way of mandamus.  Accordingly, we deny the petition for writ of mandamus.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*